IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEROME T. SCHILLACI, individually and on behalf of all others similarly situated,<br>　　　　Plaintiff | : <br> : <br> : <br> : <br> : | CIVIL ACTION |
| v. | : <br> : | NO. |
| WELTMAN, WEINBERG & REIS CO., LPA,<br>　　　　Defendant | : <br> : | JURY TRIAL DEMANDED |

**NOTICE OF REMOVAL**

Defendant WELTMAN, WEINBERG & REIS CO., LPA ("WWR" and/or "Defendant"), by its undersigned counsel, hereby petitions this Court as follows, pursuant to 28 U.S.C. § 1441(a):

　　1.　　WWR is a defendant in an action pending in the Commonwealth of Pennsylvania, Court of Common Pleas of Allegheny County, No. GD-18-002723 ("the State Court Action"). A true and correct copy of the Complaint in the State Court Action is attached hereto as Exhibit "A".

　　2.　　Plaintiff in the State Court Action is JEROME T. SCHILLACI, individually and on behalf of all others similarly situated ("Plaintiff"). See Exhibit "A".

　　3.　　Plaintiff's State Court Action alleges violations of the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692, et seq.

　　4.　　The State Court Action involves a question of federal law. Pursuant to 28 U.S.C. § 1331, "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

　　5.　　Pursuant to 28 U.S.C. § 1441(a), "[a]ny civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the

defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

6. Since this case arises out of an alleged violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq., Defendant may properly remove the State Court Action based on 28 U.S.C. § 1441(a).

7. This Notice has been filed with the Court within thirty (30) days after purported service of the Complaint on Defendant on or about March 12, 2018.

WHEREFORE, Defendant WELTMAN, WEINBERG & REIS CO., LPA., prays that the State Court Action be removed from the Commonwealth of Pennsylvania, Court of Common Pleas of Allegheny County, No. GD-18-002723, to this Court for proper and just determination.

FINEMAN KREKSTEIN & HARRIS, P.C.

By: /S/ Richard J. Perr
RICHARD J. PERR, ESQUIRE
MONICA M. LITTMAN, ESQUIRE
(Pa. Atty ID Nos. 72883 & 94134)
Ten Penn Center
1801 Market Street, Suite 1100
Philadelphia, PA 19103-1628
(v) 215-893-9300; (f) 215-893-8719
rperr@finemanlawfirm.com
mlittman@finemanlawfirm.com
Attorneys for Defendant

Dated: March 28, 2018

# CERTIFICATE OF SERVICE

I, RICHARD J. PERR, ESQUIRE, hereby certify that on or about this date, I served a true and correct copy of the foregoing electronically via the Court's CM/ECF system, or by first class mail, postage prepaid, and/or email or facsimile on the following:

>Jeffrey L. Suher, Esquire
>Dell, Moser, Lane & Loughney, LLC
>Two Chatham Center, Suite 1500
>112 Washington Place
>Pittsburgh, PA  15219-3458
>(v) 412-471-1180; (f) 412-471-9012
>jls@dellmoser.com
>         Attorneys for Plaintiff

>         /S/ Richard J. Perr
>         RICHARD J. PERR, ESQUIRE

Dated:   March 28, 2018