IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**JEROME T. SCHILLACI**
*Individually and on behalf of all others similarly situated,*

          Plaintiff,

v.

**WELTMAN, WEINBERG & REIS CO., LPA,**

          Defendant.

2:18-cv-00397-NBF-LPL

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTINO BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

*/s/ Nora Barry Fischer*
Nora Barry Fischer
United States District Judge

Dated: June 14, 2018